IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-7-D

WILLIAM C. QUINN, JR., )
)
        Plaintiff, )
)
v. ) **ORDER**
)
NATIONWIDE MUTUAL INSURANCE )
COMPANY )
)
        Defendant. )

The court has reviewed defendant's motion to dismiss two claims in plaintiff's complaint under the governing standard. See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556 U.S. 662, 677–80 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 554–63 (2007). The briefing leaves much to be desired. Nonetheless, plaintiff's bad faith claim and unfair and deceptive trade practices claim eke across the plausibility line. Thus, the court DENIES defendant's motion to dismiss [D.E. 9]. Whether plaintiff's claims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This _4_ day of April, 2025.

                                      JAMES C. DEVER III
                                      United States District Judge